```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jarret Fortin

    v.                                Case No. 19-cv-797-SM

Gulfoslides, LLC, et al

## ORDER

After due consideration of the response filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 9, 2019, and deny plaintiff's Motion for Default Judgment (doc. no. 3).

**So Ordered.**

                                                    Steven J. McAuliffe
                                                    United States District Judge

Date: 10/25/2019

cc:    Jarret Fortin, pro se
        Christopher T. Hilson, Esq.